# United States Court of Appeals
## For the First Circuit

No. 01-2000

EF CULTURAL TRAVEL BV, EF CULTURAL TOURS BV,
EF INSTITUTE FOR CULTURAL EXCHANGE, INC.,
EF CULTURAL SERVICES BV, AND GO AHEAD VACATIONS, INC.,

Plaintiffs, Appellees,

v.

EXPLORICA, INC., OLLE OLSSON, PETER NILSSON,
PHILIP GORMLEY, ALEXANDRA BERNADOTTE, ANDERS ERIKSSON,
DEBORAH JOHNSON, AND STEFAN NILSSON,

Defendants, Appellants.

ERRATA

The Court's opinion issued on December 17, 2001, is amended
as follows:

Footnote 18 on page 16 should be deleted.